UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 24 P 1:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SALOMON GREY FINANCIAL CORP., § § Plaintiff, § v. § § DANIEL RUSSO, INDIVIDUALLY AND § AS TRUSTEE FOR AEGIS § INTERNATIONAL, INC. PROFIT § SHARING RETIREMENT PLAN, § § Defendant § | CIVIL ACTION NO. _____ 04 12056 NG |

## MOTION TO APPEAR *PRO HAC VICE*

The Plaintiff respectfully moves, pursuant to Local Rule No. 83.5.3 that its attorney Robbyn P. Wysocki, of the Bar of the State of Texas, be admitted to practice for the purposes of this case only, before the Bar of the Commonwealth of Massachusetts, *pro hac vice*. The Motion is supported by the Affidavit of Robbyn P. Wysocki, attached hereto as Exhibit 1, and a Certificate of Good Standing from the State Bar of Texas, attached hereto as Exhibit 2.

Respectfully Submitted,

*Patti Wasserman*
PATTI WASSERMAN
WASSERMAN & ROSENBLATT
7 Foster Street
Quincy, MA 02169
(617) 773-7221 phone
(617) 479-0006 fax
Board of Bar No. 555662

ATTORNEYS FOR SALOMON GREY
FINANCIAL CORPORATION

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

AFFIDAVIT OF ROBBYN P. WYSOCKI
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*, Page 1

## AFFIDAVIT OF ROBBYN P. WYSOCKI
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

STATE OF TEXAS §
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared ROBBYN P. WYSOCKI, known to me to be the person whose name is subscribed below and who, under oath, did depose and state the following:

1. My name is Robbyn P. Wysocki. I am over the age of twenty-one (21) years and am fully competent to make this affidavit;

2. I have personal knowledge of the facts contained in this affidavit, and those facts are true and correct.

3. I am a member in good standing of the Bar of the State of Texas and have been since November 1990. I am also a member of the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas. These are the only jurisdictions in which I am admitted to practice, and I am a member in good standing in all of those jurisdiction.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. My practice consists primarily in representing businesses in a wide variety of legal needs, both in the courtroom and outside the litigation process.

7. Texas grants similar *pro hac vice* privileges to members of the Bar of the Commonwealth of Massachusetts.

EXHIBIT 1

8.  Wherefore, I respectfully request that my motion to be admitted *pro hac vice* for the purposes of this case be allowed.

Signed this 23rd day of September, 2004, under the pains of perjury.

*Robbyn P. Wysocki*
ROBBYN P. WYSOCKI

SWORN TO AND SUBSCRIBED before me the undersigned authority on this 23rd day of September, 2004.

TIA M. CHARLES
Notary Public, State of Texas
My Commission Expires
August 09, 2006

*T. Charles*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

**AFFIDAVIT OF ROBBYN P. WYSOCKI**
**IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*, Page 3**

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

September 23, 2004

Re: **ROBBYN P. WYSOCKI**;
**State Bar Number- 22115600**

To Whom It May Concern:

This is to certify that ROBBYN P. WYSOCKI was licensed to practice law in Texas on November 2, 1990 and is an active member in good standing with the State Bar of Texas

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law

Dawn Miller
Chief Disciplinary Counsel

DM/kmm





EXHIBIT 2

P.O. Box 12487, Capitol Station, Austin, Texas 78711-2487, (512)463-1463