UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SALOMON GREY FINANCIAL CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL RUSSO, INDIVIDUALLY AND )<br>AS TRUSTEE FOR AEGIS INTERNATIONAL )<br>PROFIT SHARING RETIREMENT PLAN, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 04 12056 NG |

## ACCEPTANCE OF SERVICE

I, Sara B. Davis, counsel to Daniel Russo, individually and as trustee for Aegis International, Inc. Profit Sharing Plan, hereby accept service of the Summons and Complaint on behalf of Daniel Russo, individually and as trustee for Aegis International, Inc. Profit Sharing Plan in the above-captioned action.

_____
Sara B. Davis
Perkins Smith & Cohen LLP
One Beacon St., 30th Floor
Boston, MA  02108
(617) 854-4000
(617) 854-4040 (fax)

Dated: October 12, 2004

29534-2-AcceptService.doc

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Salomom Grey Financial Corp.

## SUMMONS IN A CIVIL ACTION

V.

Daniel Russo, Individually and as
Trustee for Aegis International, Inc.
Profit sharing retirement plan

CASE NUMBER:

**04 12056 NG**

TO: (Name and address of Defendant)

c/o Matthew Tuttle, Esquire
Perkins, Smith & Cohen, LLP
One Beacon Street, 30 Floor
Boston, MA 02108-3106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patti Wasserman
Wasserman & Rosenblatt
7 Foster Street
Quincy, MA 02169
Robbyn P. Wysocki
McCue Wysocki, P.C.
14135 Midway Road, Suite 250
Dallas, TX 75001

an answer to the complaint which is served on you with this summons, within \_\_\_20 (twenty)\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  9-24-04