National Association of
Securities Dealers
9509 Key West Avenue
Rockville, MD 20850
(800) 289-9999

October 27, 2004

Sara Davis
One Beacon St.
Boston, MA 02108

NASD BROKERCHECK
RESPONSE TO REQUEST FOR INFORMATION

The Board of Governors of the National Association of Securities Dealers, Inc.
(NASD) has adopted a public disclosure policy which permits certain types of
disciplinary information on NASD member firms and their associated persons to be
available to the general public.  Section 15A(i) of the Securities Exchange Act
of 1934, as amended, requires registered securities associations to respond to
inquiries regarding disciplinary actions involving its members and their
associated persons.  NASD believes that the general public should have
access to information which will help them in their determination whether to
conduct or continue to conduct business with an NASD member or any of the
member's associated persons.

In that regard, enclosed please find the information that you have requested.

A list of the terms and conditions of NASD BrokerCheck is
as follows:

NASD BrokerCheck
Terms and Conditions

1. NASD collects, compiles, organizes, indexes, digitally converts and maintains
   regulatory information from registered persons, member firms, government
   agencies and other sources and maintains information in the proprietary
   Central Registration Depository ("CRD(r)") database and system. NASD releases
   such information through NASD BrokerCheck, which provides information from
   CRD system to the investing public. Your access to NASD BrokerCheck
   information provided through NASD's CRD database and system does not transfer
   any rights in CRD, NASD BrokerCheck or related technologies to you.

2. Your use of NASD BrokerCheck information is conditioned upon your acceptance,



EXHIBIT
D

Printed by: Sara Davis   Case 1:04-cv-12056-NG   Document 5-5   Filed 11/01/2004   Wednesday, October 27, 2004  11:42:35 AM
Title: 1041855.txt : Perkins Smith Cohen

Page 2 of 25

without modification, of all terms and conditions of this Agreement. Any information accessed, requested or provided through NASD BrokerCheck must be accessed, requested and used in accordance with the terms and conditions specified in this Agreement. NASD reserves any rights not expressly granted under these terms and conditions. Additionally, NASD reserves the right, at its sole discretion, to modify the terms and conditions for use of NASD BrokerCheck information at any time by changing this Agreement, and any changes are effective immediately. Such changes will be posted on the NASD BrokerCheck web site.

3. CRD and NASD BrokerCheck are proprietary databases and employ proprietary software, but NASD makes no exclusive proprietary claim to the information in the NASD BrokerCheck system that is not created by NASD. You are neither restricted nor prohibited by NASD from obtaining a copy of any original filing or information from a non-NASD source.

4. The information provided through NASD BrokerCheck shall be used ONLY for your own personal or professional use, and in accordance with all other terms and conditions of this Agreement:
   a. to assist you, your clients or your organization in determining whether to conduct or continue to conduct securities or commodities business with NASD member firms or their associated persons;
   b. to assist you, your clients or your organization in judicial proceedings or arbitration proceedings relating to securities or commodities transactions; or
   c. for non-commercial purposes consistent with the promotion of just and equitable principles of trade and the protection of investors and the public interest.

5. The information provided to you through NASD BrokerCheck is provided to you ONLY for your own personal or professional use. All other uses are prohibited. You agree that you will not duplicate, download, publish, publicly display, modify or otherwise distribute the information retrieved from NASD BrokerCheck for any purpose other than as expressly permitted by this Agreement. In no event may you offer to others any information retrieved from NASD BrokerCheck for commercial purposes, or as part of a subscription service or similar arrangement. You agree that you will not use the information retrieved from NASD BrokerCheck to develop or create a database of information to be sold, licensed or made otherwise commercially available. You agree that you will not use any process to monitor or copy NASD BrokerCheck information in bulk, or to make voluminous, excessive or repetitive requests for information. You further agree that you will not use any device, software or routine to bypass any software or hardware that prohibits volume requests for information, you will not interfere with or attempt to interfere with the proper working of NASD BrokerCheck, and you will not take any action that imposes an unreasonable or disproportionately large load on NASD BrokerCheck or NASD.

6. All requests for permission to access or use NASD BrokerCheck for uses other than those described in Paragraphs 4 or 5 of this Agreement must be made in writing to NASD clearly stating the purpose and manner in which NASD BrokerCheck is proposed to be used. Requests may be submitted to NASD, NASD BrokerCheck, 9509 Key West Avenue, Rockville, Maryland, 20850. NASD, in its sole discretion, may approve or reject any request that is inconsistent with the terms and conditions of use of NASD BrokerCheck.

7. Provision of information by NASD pursuant to NASD BrokerCheck does not constitute a waiver of any of NASD's rights, privileges, or immunities with respect to the furnishing of disciplinary or registration information.

8. NASD does not charge for this service, which is offered pursuant to NASD's responsibilities as a self-regulatory organization, and, in particular, pursuant to Section 15A(i) of the Securities Exchange Act of 1934. In the

Printed by: Sara Davis 1:04-cv-12056-NG    Document 5-5    Filed 11/01/2004    Wednesday, October 27, 2004  11:42:36 AM
Title: 1041855.txt : Perkins  Smith  Cohen

Page 3 of 25

provision of this service, NASD makes no warranties of any kind, and disclaims liability to any person for any actions taken or omitted in good faith with respect to this NASD BrokerCheck. NASD is not responsible for and cannot verify information from sources other than NASD, and does not warrant or guarantee the accuracy or completeness of the information requested. Neither NASD nor any affiliate or supplier shall be liable for any cause of action in contract, tort, or otherwise, for more than the incremental telecommunications cost incurred to connect to the service. Notwithstanding the above, neither NASD nor any affiliate or supplier shall be liable for any loss of income, trading loss, or consequential, incidental, or indirect damages, regardless of whether NASD has been informed of the possibility of such damages.

9. Member firms, registered persons, government agencies, and other sources file disclosure information with NASD. Consistent with its responsibilities as a self-regulatory organization, NASD performs a regulatory review of the disclosure information filed before it makes the information available through NASD BrokerCheck. Most disclosure information is available through NASD BrokerCheck within two business days of being filed. In certain limited circumstances, disclosure information may not be available through NASD BrokerCheck within the usual timeframe, but will be made available as soon as practicable.

10. Consistent with policies and procedures approved by the Securities and Exchange Commission (SEC), NASD will disclose information on individuals and brokerage firms, through NASD BrokerCheck, for two years after the termination of the individual's or brokerage firm's NASD registration. Disclosure information reported to NASD after an individual or brokerage firm has terminated may not have been reviewed by the brokerage firm or individual; in addition, brokerage firms and individuals who are no longer registered are not required to independently report such information.

11. NASD BrokerCheck includes only information provided to CRD. In substantially all cases, the information provided through NASD BrokerCheck represents the verbatim record as it was reported to NASD. However, in certain limited circumstances, NASD combined information about a single event that was reported by different sources (e.g., a record reporting information on an event that was submitted by a brokerage firm may contain information reported on the same event that was submitted by a regulator). This condition occurred when the data in the Legacy CRD system was converted (i.e., reformatted and transferred) to Web CRD, the Internet-based Central Registration Depository. This condition affects a small percentage of records reported to NASD prior to August 1999. These converted records contain information that was reported to NASD in accordance with appropriate reporting protocols applicable to the source filers (e.g., brokerage firms and regulators); however, because of the combination of information from different reporting sources, a record disclosed through NASD BrokerCheck may not reflect the actual filing submitted to NASD.

12. The "Individual Broker comments," "Brokerage Firm comments" and "Regulator comments" appear verbatim as they were provided to CRD via Forms U-4, U-5, and U-6. These comments were not written by NASD and have not been edited by NASD in any way.  NASD reserves the right to redact customer names, confidential customer information, or offensive or potentially defamatory language from an NASD BrokerCheck Report consistent with policies and procedures approved by the SEC.

TC 02.1

General Information About this Report

This report has been generated because you have requested information about an
Individual Broker through NASD BrokerCheck.  The information contained within
this report has been provided by the individual broker, an NASD member firm(s),
and/or securities regulators as part of the securities industry's registration
and licensing process.

An NASD BrokerCheck report for an Individual Broker consists of: 1) a Report
Summary; 2) the Individual Broker's Current Employment history;3) the
Individual Broker's  Approved Registrations; 4) the Individual Broker's
Previous Employment history, and  5) the Individual Broker's Disclosure Event
information, if any.

NASD BrokerCheck discloses the following information on individual brokers:

*  current employing brokerage firm
*  all approved registrations
*  10 years of employment history
*  disclosure matters involving certain criminal charges and convictions,
   regulatory actions, civil judicial actions, consumer initiated complaints,
   terminations, and certain financial actions (e.g., bankruptcies, unsatisfied
   judgments/liens.)

When evaluating this report, please keep in mind that a number of items may
involve pending actions or allegations that may be contested and have not been
resolved or proven. The items may, in the end, be withdrawn or dismissed, or
resolved in favor of the individual broker, or concluded through a negotiated
settlement with no admission or conclusion of wrongdoing.

Also remember that the information in this report is not the only resource you
should consult. It is recommended that you learn as much as possible about the
individual broker from other sources.  Ask the individual broker for references.
Ask family members or friends who already have established investment business
relationships.  Get in touch with local consumer and investors groups.

Should you have any questions concerning information contained within this
report, call (800) 289-9999 - a toll-free NASD BrokerCheck hot-line operated by
NASD - or visit NASD Web Site at www.nasd.com.  When calling or visiting the
NASD Web Site, the information you will need includes:

*  The complete name of the individual broker.
*  The individual broker's current or previous employing brokerage firm.

For definition of terms contained within this report or answers to Frequently
Asked Questions, visit the Glossary or FAQs sections of NASD BrokerCheck
online at www.nasd.com.

NASD BrokerCheck Report Printing Instructions

The report contained below can be printed as is.  However, unless the following
steps are taken, the report may not print with the headers aligned or the text
may run off the page.  For the following report to be printed correctly, the

following formatting steps must be completed:

1) Copy the text of the report into a text editor.
2) Delete these instructions down to and including the first dashed line.
3) Set the Font for the entire report to Courier, 8 point.
4) Set the left and right margins to 0.
5) Set the top and bottom margins to 0.  Because every printer allows a different number of lines per page, the margins may have to be adjusted differently to get the headers to line up at the top of each page.  The document is formatted to print 90 lines per page at the specified font.
6) Print the report.

---------------------------------------------------

NASD BrokerCheck              October 27, 2004        Page 1
This information is current as of: 10/27/2004

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

*************************************************************************
                        REPORT SUMMARY
*************************************************************************

************************************************************
Employment History
************************************************************

Employment History: A ten year employment history is viewable through NASD
        BrokerCheck.  For an individual that is currently registered
        with an NASD member firm the ten years precedes the current
        date.  For an individual that is no longer registered with
        an NASD member firm, the ten years precedes the end date of
        the last employment with an NASD member firm.

Current Employments:       1
        Registrations:       8

Previous Employments:       2

************************************************************
Disclosure Events:       Yes
************************************************************

Disclosure Event:  Information that is required to be reported to NASD by
        individual brokers via Form U-4 (Uniform Application for
        Securities Industry Registration or Transfer) and brokerage
        firms via Form BD (Uniform Application for Broker-Dealer
        Registration). Some disclosure events may have multiple

reporting sources. For example, some information required to
be reported by an individual broker via Form U-4 may also be
reported on the individual broker's record by a brokerage firm
via Form U-5 (Uniform Termination Notice for Securities
Industry Registration) and/or by a regulator via Form U-6
(Uniform Disciplinary Action Reporting Form). If a disclosure
event is reported by multiple sources, all versions of the
reported event will be disclosed on the individual broker's
NASD BrokerCheck report. Similarly, some information required
to be reported by a brokerage firm via Form BD may also be
reported on the brokerage firm's record via Form U-6. If a
disclosure event is reported by multiple sources, all versions
of the reported event will be disclosed on the brokerage
firm's NASD BrokerCheck report.

Criminal Actions:         1
Regulatory Actions:       1
Civil Judicial Actions:   1
Terminations:             0
Customer Complaints:      7
Investigations:           0
Bonds:                    0
Bankruptcies:             0
Judgment/Liens:           0

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

```
**************************************************************************
                        CURRENT EMPLOYMENT
**************************************************************************
```

This section provides all current employments (investment-related and
non-investment related) as reported on the individual broker's Form U-4. It
displays the name of the employing brokerage firm that employs this individual
broker, the brokerage firm's CRD number (if applicable), the location of the
office where the individual broker is employed, and the individual broker's
start date.

If the individual broker is currently employed with an investment adviser, the
investment adviser's name and CRD number will display.  However, additional
information is not available on investment advisers through NASD BrokerCheck as
they are not NASD registered firms.

If the individual broker is currently employed with a brokerage firm registered
with any self-regulatory organization other than NASD (e.g., the NYSE), either
the brokerage firm's name or "Other Business" will display as the Employing
Brokerage Firm. To obtain the brokerage firm's name when "Other Business"
displays as the Employing Brokerage Firm, please call the NASD BrokerCheck Call
Center Hotline number, 1-800-289-9999.

A Brokerage Firm CRD Number will display for NASD registered firms the
individual broker is currently associated with. A Brokerage Firm CRD Number
will not display for NASD registered firms the individual broker was formerly
associated with.

In addition, a Brokerage Firm CRD Number will not display for employing firms
that are not NASD registered firms. Information on these employing brokerage
firms is not available through NASD BrokerCheck.

This section also provides the jurisdictions with which the individual broker is
currently registered or licensed to do business, the category of each
registration, and the date on which the registration approval was granted.

```
*************** CURRENT EMPLOYMENT (1 of 1) ***************
```

Employing Brokerage Firm: SALOMON GREY FINANCIAL CORPORATION

   Brokerage Firm CRD Number: 43413
   Office of Employment address:  5430 LBJ FREEWAY
                                  SUITE 1626
                                  DALLAS, TX 75240

   Start Date: 11/10/1998      End Date: to present

   Registrations:

   | Jurisdiction/SRO | Category | Status | As Of Date |
   | --- | --- | --- | --- |
   | CA | Agent | Approved | 01/06/1999 |
   | CO | Agent | Approved | 09/14/2000 |
   | NASD | Equity Trader | Approved | 02/03/1999 |
   | NASD | Financial and Operations Principal | Approved | 12/04/1998 |

| NASD | General Securities | Approved | 12/04/1998 |
|------|--------------------|----------|------------|
|      | Principal          |          |            |
| NASD | General Securities | Approved | 12/04/1998 |
|      | Representative     |          |            |
| NY   | Agent              | Approved | 05/21/1999 |
| TX   | Agent              | Approved | 01/25/2001 |

Other Business
CONSULTING, PRIVATE FUNDING SALOMON GREY INTERNATIONAL, INC. PRESIDENT, CEO
PRIVATE FUNDING, INTL CONSULTING, ETC FAT LADY SINGS 10% OWNERSHIP
ENTERTAINMENT PRODUCTION COMPANY NON-INVESTMENT RELATED BROKER DEALER
CONSULTANTS LLC OWNER CONSULTING ROWE AVIATION, LLC OWNER RKO ENERGY PARTNER
ENERGY RESTORATION MANAGEMENT PARTNER HLF DEVELOPMENT, INC. NON-SECURITIES
RELATED LAND DEVELOPMENT 50% OWNER BROWNING-WADE HOMES, LLC 33.3% OWNER HOME
BUILDING - NON-INVESTMENT RELATED APPROX. START DATE: 09/20/2003 10 HOURS PER
MONTH BROWNING WADE STONBRIDGE HARBOR ONE, LP CEO ROWE ENERGY GROUP, LLC
CONSULTING, 100% OWNER

**************************************************************************
                        PREVIOUS EMPLOYMENT
**************************************************************************


This section provides 10 years of an individual's employment history. If the
individual is currently registered with NASD, employment history will be
displayed for the previous 10 years.  If the individual is not currently
registered with NASD, employment history will be displayed for the 10 years
prior to termination of the registration. The brokerage firm's CRD number, the
office of employment address where the individual broker was employed, and the
dates of employment will be displayed.


NASD BrokerCheck                    October 27, 2004        Page 3
This information is current as of: 10/27/2004

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

PREVIOUS EMPLOYMENT(cont.)

If the individual broker was previously employed with an investment adviser, the
investment adviser's name and CRD number will display.  However, additional
information is not available on investment advisers through NASD BrokerCheck as
they are not NASD registered firms.

If the individual broker was previously employed with a brokerage firm
registered with any self-regulatory organization other than NASD (e.g., the
NYSE), either the brokerage firm's name or "Other Business" will display as the
Employing Brokerage Firm. To obtain the brokerage firm's name when "Other
Business" displays as the Employing Brokerage Firm, please call the NASD
BrokerCheck Call Center Hotline number, 1-800-289-9999.

A Brokerage Firm CRD Number will display for NASD registered firms the
individual broker is currently associated with. A Brokerage Firm CRD Number
will not display for NASD registered firms the individual broker was formerly
associated with.

In addition, a Brokerage Firm CRD Number will not display for employing firms
that are not NASD registered firms. Information on these employing brokerage
firms is not available through NASD BrokerCheck.

*************** PREVIOUS EMPLOYMENT (1 of 2) ***************

Employing Brokerage Firm: PACIFIC CORTEZ SECURITIES INCORPORATED

    Brokerage Firm CRD Number:
    Office of Employment address:  DALLAS, TX
    Start Date: 04/1994       End Date: 11/1998


*************** PREVIOUS EMPLOYMENT (2 of 2) ***************

Employing Brokerage Firm: LA JOLLA CAPITAL CORPORATION

    Brokerage Firm CRD Number:
    Office of Employment address:  DALLAS, TX
    Start Date: 04/1994       End Date: 11/1998

NASD BrokerCheck                    October 27, 2004        Page 4
This information is current as of: 10/27/2004

---

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                            CRIMINAL ACTIONS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DISCLOSURE INFORMATION

This section contains information regarding criminal events that were reported
to CRD.  These events are disclosable through NASD BrokerCheck and include
formal charges and convictions for all crimes involving felony offenses and for
crimes involving certain misdemeanor offenses such as bribery, perjury,
forgery, counterfeiting, extortion, fraud, wrongful taking of property, etc.

Some of the fields in this section of the report may be blank if the information
was not provided to CRD.

\*\* OCCURRENCE COUNTS \*\*  1 Record(s)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\* FIELD DEFINITIONS \*\*

 \* Reporting Source:    The form through which details of the criminal
                         action was reported to CRD.

 \* Date Reported:       The date the criminal action was reported to CRD.

 \* Court Details:       Details regarding the court the charges were brought
                         in (e.g., name and location of court, docket/case
                         number, etc.).

 \* Charge Date:         Date the criminal charges were filed.

 \* Charge Details:      Details related to the criminal charge(s) (e.g.,
                         number of counts, felony or misdemeanor, plea,
                         etc.).

 \* Current Status:      The current status of the criminal action (i.e.,
                         pending, on appeal or final).

 \* Status Date:         Date of appeal or final resolution.  Will be blank
                         if status is pending.

 \* Disposition Details:  Details related to the disposition of the action
                          (e.g., convicted, acquitted, dismissed, pre-trial,
                          sentence/penalty, etc.).

 \* Summary:             A summary of the circumstances related to the
                         criminal action.

*************************************************************************

********* CRIMINAL ACTION (1 of 1) *********

Reporting Source: Individual Broker (Form U-4)

Date Reported:    01/24/2001

Court Details:    BRAZOS COUNTY DISTRICT COURT/STATE OF TEXAS

Charge Date:    08/27/1985

Charge Detail:    CHARGED WITH BURGLARY OF BUILDING.  PLEAD GUILTY.  ALLOWED TO WITHDRAW ORIGINAL
        PLEA OF GUILTY.  PROCEEDINGS WERE DEFERRED WITHOUT THE ENTRY OF A JUDGEMENT OF
        GUILT.  THE CHARGE, ACCUSATION, COMPLAINT, AND THE CASE WERE ALL DISMISSED.

Current status:  Final

Status Date:    10/24/1985

Disposition
Details:        NOT GUILTY.  THE CHARGE, ACCUSATION, COMPLAINT, INCLUDING ANY
        AND ALL INFORMATION, ETC. AGAINST ROWE WERE COMPLETELY
        DISMISSED.

Summary:        DISMISSED.

NASD BrokerCheck            October 27, 2004        Page 5
This information is current as of: 10/27/2004

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

*************************************************************************
                    REGULATORY ACTIONS
*************************************************************************
DISCLOSURE INFORMATION

This section lists regulatory actions that were reported to CRD and are
disclosable through NASD BrokerCheck. Disclosable regulatory actions include
formal proceedings initiated by a regulatory authority (i.e., a state
securities agency, NASD, New York Stock Exchange, foreign regulatory body,
etc.) for a violation of investment-related rules or regulations. In addition,
revocations or suspensions of an individual broker's authority to act as an
attorney, accountant or federal contractor will appear here.

Some of the fields in this section of the report may be blank if the information
was not provided to CRD.


** OCCURRENCE COUNTS **  1 Record(s)

*****************************************************************************

** FIELD DEFINITIONS **

* Reporting Source:        The form through which details of the regulatory
                           action was reported to CRD.

* Date Reported:           The date the regulatory action was reported to
                           CRD.

* Initiated By:            The name of the securities regulator that
                           initiated the regulatory action (e.g.,
                           regulator, foreign financial regulatory
                           authority, self-regulatory organization, federal
                           agency such as SEC, state, etc.).

* Date Initiated:          Date the regulatory action was initiated.

* Docket/Case Number:      Docket or case number of the regulatory action.

* Employing Brokerage Firm: Brokerage Firm where individual broker was
                           employed when activity occurred that led to the
                           regulatory action.

* Allegations:             Allegations made against the individual broker
                           leading to the regulatory action.

* Current Status:          The current status of the regulatory action
                           (i.e., pending, on appeal or final).

* Resolution:              The resolution of the regulatory action (e.g.,
                           acceptance, waiver and consent; decision;
                           decision and order of offer of settlement;
                           order; settled; etc.).

* Resolution Date:         The date the regulatory action was resolved.

* Sanction Details:        Additional details regarding any sanctions
                           ordered.

* Summary:                 A summary of the details related to the
                           regulatory action.

*****************************************************************************


******** REGULATORY ACTION (1 of 1) ********

Reporting Source: Regulator (Form U-6)

Date Reported:   08/24/2004

Initiated By:    NASD

Date initiated:  09/02/2003

Docket/
Case Number:    CAF030043

Employing Brokerage Firm:    SALOMON GREY FINANCIAL CORPORATION

Allegations:    SEC REGULATION M, NASD RULE 2110 - A MEMBER FIRM, ACTING AT THE
DIRECTION OF ROWE, PURCHASED SHARES OF STOCK BELOW THE CURRENT
MARKET PRICE AND USED SPECIAL SELLING EFFORTS AND METHODS TO
SELL SHARES OF STOCK TO RETAIL CUSTOMERS AT MARKET PRICES; BID
FOR, PURCHASED, OR INDUCED OTHERS TO PURCHASE THE STOCK WHILE
ENGAGED IN A DISTRIBUTION OF THE SECURITIES.

Current Status:    Final

Resolution:    Decision & Order of Offer of Settlement

NASD BrokerCheck                    October 27, 2004        Page 6
This information is current as of: 10/27/2004

---

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

REGULATORY ACTIONS(cont.)

Resolution Date:  08/04/2004

Sanctions
Ordered:    Monetary/Fine, Suspension

Monetary Amount:  $100,000.00

Resolution
Details:    WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, KYLE B. ROWE
CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF
FINDINGS, THEREFORE, HE IS FINED $100,000.00 JOINTLY AND
SEVERALLY AND SUSPENDED FROM ASSOCIATION WITH ANY NASD MEMBER
IN ANY CAPACITY FOR TWO (2) WEEKS. THE SUSPENSION WILL
COMMENCE WITH THE OPENING OF BUSINESS ON SEPTEMBER 7, 2004,
AND WILL CONCLUDE AT THE CLOSE OF BUSINESS ON SEPTEMBER 20,
2004.

Summary:

*********************************
Reporting Source: Individual Broker (Form U-4)

Date Reported:    08/19/2004

Initiated By:    NASD

Date initiated:    09/02/2003

Docket/
Case Number:    CAF030043

Employing Brokerage Firm:    SALOMON GREY

Allegations:    KYLE ROWE AND SALOMON GREY ARE THE SUBJECTS OF AN NASD
COMPLAINT FOR RECOMMENDATION OF DISCIPLINARY ACTION FOR AN
ALLEGED POTENTIAL VIOLATION OF REGULATION M WITH REGARD TO THE
PURCHASE AND SELL OF A SECURITY. ALL PURCHASES OF THE SUBJECT

Printed by: Sara Davis   04-cv-12056-NG   Document 5-5   Filed 11/01/2004   Wednesday, October 29, 2004 11:42:38 AM
Title: 1041855.txt : Perkins Smith Cohen

Page 14 of 25

SECURITY WERE FROM ANOTHER MARKET MAKER. I AND SALOMON GREY
INTEND TO VIGOROUSLY CONTEST THIS ALLEGATION.

Current Status:   Final

Resolution:   Settled

Resolution Date: 08/04/2004

Sanctions
Ordered:   Monetary/Fine, Suspension

Monetary Amount: $100,000.00

Resolution
Details:   KYLE B. ROWE TO BE SUSPENDED FROM ANY ASSOCIATION WITH ANY NASD
MEMBER FOR TWO WEEKS IN ALL CAPACITIES FROM SEPTEMBER 7 TO
SEPTEMBER 20, 2004.

Summary:   SALOMON GREY FINANCIAL CORPORATION AND KYLE B. ROWE HAS
CONSENTED, WITHOUT ADMITTING OR DENYING THE ALLEGATIONS OF THE
COMPLAINT, AND SOLELY FOR THE PURPOSE OF THIS PROCEEDING TO BE
FINED $100,000.00, JOINTLY AND SEVERALLY, AND FOR KYLE B. ROWE
TO BE SUSPENDED FROM ANY ASSOCIATION WITH ANY NASD MEMBER FOR
TWO WEEKS IN ALL CAPACITIES.

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CIVIL JUDICIAL ACTIONS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DISCLOSURE INFORMATION

This section contains information regarding civil judicial actions that were reported to CRD. These actions are disclosable through NASD BrokerCheck and include injunctions issued by a foreign or domestic court in connection with investment-related activity, a finding by a domestic or foreign court of a violation of any investment-related statute(s) or regulation(s), and actions dismissed by a domestic or foreign court pursuant to a settlement agreement.

Some of the fields in this section of the report may be blank if the information was not provided to CRD.

** OCCURRENCE COUNTS **  1 Record(s)

*************************************************************************

** FIELD DEFINITIONS **

* Reporting Source:       The form through which details of the civil judicial action was reported to CRD.

* Date Reported:          The date the civil judicial action was reported to CRD.

* Initiated By:           The party that initiated the civil judicial action (e.g., regulator, foreign financial regulatory authority, self-regulatory organization, commodities exchange, etc.).

* Date Initiated:         Date the civil judicial action was initiated or filed.

* Court Details:          Details regarding the court the action was brought in (e.g., name and location of court, docket/case number, etc.).

* Employing Brokerage Firm: Brokerage Firm where individual broker was employed when activity occurred that led to the civil judicial action.

* Allegations:            Allegations made against the individual broker leading to the civil judicial action.

* Current Status:         The current status of the civil judicial action (i.e., pending, on appeal or final).

* Resolution:             The resolution of the civil judicial action (e.g., consent, dismissed, judgment rendered, settled, withdrawn, etc.).

* Resolution Date:        The date the civil judicial action was resolved.

* Sanction Details:       Additional details regarding any sanctions ordered.

* Summary:                Details of the circumstances related to the civil judicial action.

*************************************************************************

****** CIVIL JUDICIAL ACTION (1 of 1) ******

Reporting Source: Regulator (Form U-6)

Date Reported:   10/05/2002

Initiated By:   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Date Initiated:  09/30/2002

Court Details:   U.S. DISTRICT COURT FOR THE DISTRICT OF UTAH, CIVIL ACTION NO. 2:02CV-1086 TC
                 (D. UTAH 2002)

Employing Brokerage Firm:

Allegations:     SEC LITIGATION RELEASE NO. 17756, SEPTEMBER 30, 2002 - ON
                 SEPTEMBER 30, 2002, THE U.S. SECURITIES AND EXCHANGE
                 COMMISSION FILED A CIVIL INJUNCTIVE ACTION IN THE UNITED
                 STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CHARGING ROWE,
                 12 INDIVIDUALS AND A DALLAS BROKER-DEALER WITH SECURITIES
                 FRAUD IN A SCHEME TO MANIPULATE STOCK FROM JULY 2000 THROUGH
                 NOVEMBER 2000. AT THE TIME OF THE MANIPULATION, THE ISSUER WAS
                 A START-UP COMPANY THAT PURPORTED TO MANUFACTURE WETSUITS AND
                 OTHER SURF-RELATED APPAREL. THE STOCK WAS TRADED ON THE NASD'S
                 OVER-THE-COUNTER BULLETIN BOARD ("OTC-BB"). THE COMPLAINT

NASD BrokerCheck                October 27, 2004        Page 8
This information is current as of: 10/27/2004

---

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

CIVIL JUDICIAL ACTIONS(cont.)

                 ALLEGES THAT ROWE HAD A PRE-EXISTING ARRANGEMENT TO OBTAIN
                 FREE AND DEEPLY DISCOUNTED BLOCKS OF STOCK FOR RETAIL SALES TO
                 THE PUBLIC AT MANIPULATED PRICES. THE COMPLAINT FURTHER
                 ALLEGES THAT THE DEFENDANTS SHUT DOWN THE MANIPULATION AFTER
                 THE COMMISSION STAFF BEGAN INVESTIGATING IN EARLY NOVEMBER
                 2000. THEREAFTER, THE PRICE OF THE STOCK DROPPED TO A LOW OF
                 APPROXIMATELY $.19 PER SHARE BY THE END OF DECEMBER 2000. IN
                 THE SPRING OF 2001, THE DEFENDANTS SOLD OVER 1.1 MILLION
                 SHARES OF THE STOCK IN UNREGISTERED TRANSACTIONS FROM AN
                 ESCROW BROKERAGE ACCOUNT.

Current Status:  Pending

Summary:


************************************
Reporting Source: Individual Broker (Form U-4)

Date Reported:   10/16/2002

Initiated By:   SECURITIES EXCHANGE COMMISSION

Date Initiated:  09/30/2002

Court Details:   U.S. DISTRICT COURT FOR UTAH, CASE NUMBER 2:02CV - 1086 TC (D. UTAH 2002)

Employing Brokerage Firm:  SALOMON GREY FINANCIAL CORPORATION

Allegations:     THE SEC HAS ALLEGED THAT SALOMON GREY SOLD UNREGISTERED

SECURITIES, PARTICIPATED IN THE MANIPULATIVE ACTIVITIES OF
OTHERS AND SOLD STOCK AT EXCESSIVE MARKUPS TO CUSTOMERS OF
SALOMON GREY FINANCIAL CORPORATION.

Current Status:  Pending

Summary:         THE FIRM AND THE INDIVIDUAL DEFENDANTS WILL DENY THE SEC'S
                 ALLEGATIONS WHEN THEIR ANSWERS ARE FILED.  ALL INTEND TO
                 VIGOROUSLY DEFEND THEMSELVES IN THIS FRIVOLOUS LAWSUIT.  THE
                 FIRM WILL PROVE THAT IT BOUGHT A SIZEABLE BLOCK OF AN ILLIQUID
                 SECURITY FROM ANOTHER MARKET MAKER AT A DISCOUNT FROM THE
                 MARKET.  THE FIRM WAS AT RISK AT ALL TIMES AFTER THIS
                 PURCHASE.  THE FIRM RETAILED SOME OF THE BLOCK PURCHASE TO ITS
                 CUSTOMERS AND WHOLESALED THE REST TO OTHER FIRMS AND LOST
                 MONEY IN ITS WHOLESALE ACTIVITIES.  COUNSEL FOR THE COMPANY
                 BELIEVES THE FIRM ACTED IN A LAWFUL MANNER, CONSISTENT WITH
                 REGULATORY REQUIREMENT AND CUSTOM AND PRACTICE IN THE
                 SECURITIES INDUSTRY.  COUNSEL IS OF THE BELIEF THAT SALOMON
                 GREY AND THE INDIVIDUAL DEFENDANTS WILL PREVAIL IN THIS
                 ACTION.  THE ANSWERS ARE DUE TO BE FILED ON NOVEMBER 15, 2002
                 AFTER WHICH DISCOVERY WILL COMMENCE.  IT IS ESTIMATED BY
                 COUNSEL THAT THIS MATTER WILL NOT GO TO TRIAL FOR TWO YEARS OR
                 MORE.

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CUSTOMER COMPLAINTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCLOSURE INFORMATION

This section contains information regarding customer complaints that were
reported to CRD.  These events are disclosable through NASD BrokerCheck and
include consumer-initiated, investment-related arbitration proceedings or civil
suits which contain allegations of sales practice violations against the
individual broker and are either pending, resulted in an award against the
individual broker, or were settled for $10,000 or more.  Customer complaint
events also include consumer-initiated, investment-related complaints which
contain allegations of sales practice violations against the individual broker
and which  were settled for $10,000 or more, as well as consumer-initiated,
investment-related written complaints filed within the past twenty-four months
which contain either allegations of sales practice violations and damages of
$5,000 or allegations of forgery, theft, or misappropriation of funds or
securities.

Some of the fields in this section of the report may be blank if the information
was not provided to CRD.

The customer complaints listed in this report may include allegations that have
been filed with a brokerage firm, an arbitration forum, or a court, but that
have not been verified or proven to be true. Therefore,  you should not assume
that all allegations that may be contained in this report are true or will be
proven to be true. NASD encourages you to discuss any concerns you may have
with the information contained in this report with your brokerage firm or
individual broker, who can provide you with any further information that you
may require.


\*\* OCCURRENCE COUNTS \*\* 7 Record(s)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\* FIELD DEFINITIONS \*\*

* Reporting Source:      The form through which details of the customer
                         complaint was reported to CRD.

* Date Reported:         The date the customer complaint was reported to
                         CRD.

* Date Received:         Date the complaint was received at the brokerage
                         firm or filed as an arbitration or civil suit.

* Employing Brokerage Firm: Brokerage Firm where individual broker was
                         employed when activity occurred that led to the
                         complaint.

* Allegations:           Allegations made against the individual broker
                         leading to the customer complaint.

* Alleged Damages:       Alleged dollar amount of compensatory damages
                         sought by the customer.

* Action Pending?:        An indication (i.e., yes or no) as to whether the
                          complaint is still pending.

* Status:                 Status of complaint if not pending (e.g., closed,
                          resulted in no action taken, withdrawn, denied,
                          settled, resulted in an arbitration or
                          litigation, etc.).

* Resolution Date:        Date associated with the status of the complaint.
                          Will be blank if complaint is still pending.

* Settlement Amount:      The dollar amount the brokerage firm and/or
                          individual broker paid the customer to satisfy
                          the claim.

* Individual Contribution:  The dollar amount the indvidual broker
                          contributed to the settlement amount.

* Arbitration/Reparation Det The name of the self-regulatory
                          organization/agency where the claim was filed
                          and the claim 's docket case number.

* Service Date:           The date the brokerage firm/individual broker
                          received notice of the claim or the date Service
                          of Process for the claim was received.

* Pending?:               An indication (i.e., yes or no) as to whether the
                          claim is still pending.

* Monetary Compensation:   The dollar amount the individual broker paid in
                          accordance with an arbitration/civil litigation
                          award, settlement, or reparation.


NASD BrokerCheck                October 27, 2004        Page 10
This information is current as of: 10/27/2004

---

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

CUSTOMER COMPLAINTS(cont.)

* Disposition:            Details of the disposition of the arbitration,
                          reparation or litigation if  status of the
                          complaint indicates either arbitration,
                          reparation or litigation.

* Disposition Date:       The disposition date of the arbitration,
                          reparation or litigation.

* Summary:                Details related to the circumstances of the
                          complaint.


**************************************************************************


******** CUSTOMER COMPLAINT (1 of 7) ********


Reporting Source: Individual Broker (Form U-4)

Date Reported:    10/20/2004

Date Received:   08/05/2004

Employing Brokerage Firm:   SALOMON GREY FINANCIAL CORP.

Allegations:     ALLEGATIONS OF UNAUTHORIZED TRADING, PRICE GOUGING, BAIT AND
                 SWITCH,UNSUITABLE RECOMMENDATIONS AND FRAUDULENT INDUCEMENT.

Alleged Damages: $96,005.78

Resolution:      Arbitration/Reparation

Resolution
Date:            08/05/2004

Arbitration/Reparation
Details:         NASD CASE NO. 04-03992

Service Date:  08/05/2004

Pending?:      Yes

Disposition
Details:       MR. ROWE IS THE OWNER OF THE FIRM AND HAS NO DIRECT KNOWLEDGE
               OF THE ALLEGED ACTIVITY. MR. ROWE FEELS HE WAS ONLY NAMED IN
               THIS CASE DUE TO THE FACT IS THE OWNER OF THE FIRM AND INTENDS
               TO VIGOROUSLY DEFEND HIMSELF.


                 ******** CUSTOMER COMPLAINT (2 of 7) ********

Reporting Source: Individual Broker (Form U-4)

Date Reported:   06/18/2004

Date Received:   05/21/2004

Employing Brokerage Firm:   SALOMON GREY AND MILESTONE GROUP

Allegations:     FAILURE TO SUPERVISE

Alleged Damages: $17,744.00

Action Pending?:  No

Resolution:      Arbitration/Reparation

Resolution
Date:            05/21/2004

Arbitration/Reparation
Details:         NASD CASE # 04-02480

Service Date:  05/21/2004

Pending?:      Yes

Disposition
Details:       MR. ROWE FEELS HE WAS UNJUSTLY NAMED IN THIS ARBITRATION. MR.
               ROWE IS THE PRESIDENT OF SALOMON GREY, HAD NO DIRECT
               SUPERVISOR DUTIES RELATING TO THE BROKER AND HAD NO CONTACT

WITH THIS CUSTOMER. THE CLAIMANT HAS ATTEMPTED TO NAME ALL
CONTROL PERSONS WITH THE FIRM. MR. ROWE INTENDS TO VIGOROUSLY
DEFEND HIMSELF AND EXPECTS TO BE EXONERATED.


NASD BrokerCheck          October 27, 2004        Page 11
This information is current as of: 10/27/2004

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

CUSTOMER COMPLAINTS(cont.)

******** CUSTOMER COMPLAINT (3 of 7) ********


Reporting Source: Individual Broker (Form U-4)

Date Reported:   06/21/2004

Date Received:   07/27/2001

Employing Brokerage Firm:  SALOMON GREY FINANCIAL

Allegations:     ALLEGATIONS OF BREACH OF CONTRACT, FRAUD,
                 UNSUITABILITY,NEGILIGENCE, BREACH OF FIDUCUARY DUTY, FAILURE
                 TO SUPERVISE.

Alleged Damages: $138,000.00

Action Pending?:  No

Resolution:      Arbitration/Reparation

   Resolution
   Date:         05/20/2002

   Arbitration/Reparation
   Details:      NASD CASE NO. 01-06306

   Service Date: 05/20/2002

   Pending?:     No

   Disposition:  Settled

   Disposition
   Date:         10/30/2002

   Monetary Compensation
   Amount:       $30,000.00

   Individual Contribution
   Amount:       $0.00

Disposition
Details:         MR. ROWE WAS NOT THE BROKER OF RECORD AND BELIEVES HE WAS NAMED
                 IN THIS ARBITRATION DUE TO HIS POSITION AS PRESIDENT OF
                 SALOMON GREY FINANCIAL.

******** CUSTOMER COMPLAINT (4 of 7) ********

Reporting Source: Individual Broker (Form U-4)

Date Reported:   08/19/2003

Date Received:   04/30/2002

Employing Brokerage Firm:   SALOMON GREY FINANCIAL CORP

Allegations:      CUSTOMER ALLEGES VIOLATION OF SEC RULE 10(B). 10(B)5, BREACH OF
                  FIDUCIARY DUTY, NEGLIGENT SUPERVISION, BREACH OF CONTRACT,
                  VIOLATION OF SEC. 56U.K. FINANCIAL SERVICES ACT AND TEXAS DTPA.

Alleged Damages: $434,998.00

Action Pending?: No

Resolution:       Arbitration/Reparation

   Resolution
   Date:         04/30/2002

   Arbitration/Reparation
   Details:      NASD CASE NO. 02-01937

   Service Date: 04/30/2002

   Pending?:     No

   Disposition:  Settled

   Disposition
   Date:         08/15/2003

   Monetary Compensation
   Amount:        $350,000.00

   Individual Contribution
   Amount:        $0.00

NASD BrokerCheck                  October 27, 2004        Page 12
This information is current as of: 10/27/2004

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

CUSTOMER COMPLAINTS(cont.)


Disposition
Details:        MR. ROWE BELIEVES HE WAS NAMED IN THIS ARBITRATION AS A RESULT
                OF HIS POSITION AS PRESIDENT OF SALOMON GREY.


******** CUSTOMER COMPLAINT (5 of 7) ********


Reporting Source: Individual Broker (Form U-4)

Date Reported:    07/30/2002

Date Received:    07/01/2002

Employing Brokerage Firm:    SALOMON GREY FINANCIAL CORP

Allegations:    UNSUITABILITY, FRAUD, DECEIT AND OMISSION OF MATERIAL FACT,
                UNAUTHORIZED DISCRETIONARY TRADING, CHURNING, VIOLATION OF
                SECTION 10(B) OF THE EXCHANGE ACT, MISREPRESENTATION AND
                OMISSIONS, BREACH OF FIDUCIARY DUTY AND FAILURE TO SUPERVISE

Alleged Damages: $139,326.00

Action Pending?:  No

Resolution:    Arbitration/Reparation

Resolution
Date:        07/01/2002

Arbitration/Reparation
Details:        NASDR CASE NO. 02-02522

Service Date: 07/01/2002

Pending?:    Yes

Disposition
Details:        MR. ROWE STATES THAT HE WAS NAMED IN THIS ARBITRATION AS A
                RESULT OF HIS POSITION AS PRESIDENT, CONTROL PERSON, OF
                SALOMON GREY.


        ******** CUSTOMER COMPLAINT (6 of 7) ********


Reporting Source: Individual Broker (Form U-4)

Date Reported:    06/21/2004

Date Received:    03/18/2002

Employing Brokerage Firm:    SALOMON GREY FINANCIAL CORPORATION

Allegations:    CUSTOMER ALLEGES UNSUITABILITY, CHURNING, MISREPRESENTATION,
                BREACH OF FIDUCIARY DUTY AND FAILURE TO SUPERVISE.

Alleged Damages: $50,000.00

Action Pending?:  No

Resolution:    Arbitration/Reparation

Resolution
Date:        03/18/2002

Arbitration/Reparation
Details:        NASD-DR CASE NUMBER 02-00550

Service Date: 03/18/2002

Pending?:    No

Disposition:  Settled

Disposition
Date:        03/03/2004

Monetary Compensation
Amount:      $25,000.00

Individual Contribution
Amount:      $0.00

Disposition
Details:

NASD BrokerCheck                    October 27, 2004        Page 13
This information is current as of: 10/27/2004

---

NASD Registered Person: KYLE BROWNING ROWE
CRD Number: 2310978

CUSTOMER COMPLAINTS(cont.)


******** CUSTOMER COMPLAINT (7 of 7) ********


Reporting Source: Individual Broker (Form U-4)

Date Reported:   05/15/2002

Date Received:   12/06/2001

Employing Brokerage Firm:  SALOMON GREY FINANCIAL CORPORATION

Allegations:     CLAIMANT ALLEGES MR. ROWE ORGANIZED SALOMON GREY AS A
                 CONTINUATION OF HIS PREVIOUS EMPLOYER AND ALLEGEDLY ENGAGED IN
                 MISREPRESENTATION, BREACH OF FIDUCIARY DUTY AND NEGLIGENCE IN
                 THE HANDLING OF CLAIMANT'S ACCOUNT

Alleged Damages: $74,934.00

Action Pending?:  No

Resolution:      Arbitration/Reparation

Resolution
Date:        12/06/2001

Arbitration/Reparation
Details:     NASD-DR ARBITRATION NUMBER 01-06157

Service Date: 12/06/2001

Pending?:    Yes

Disposition
Details:     MR. ROWE STATES THAT SALOMON GREY IS NOT A SUCCESSOR NOR A
             CONTINUATION OF HIS PREVIOUS EMPLOYER, THAT HE DID NOT ACT AS
             THE BROKER FOR THE CLAIMANT AND WAS NAMED IN THIS ARBITRATION
             AS A RESULT OF HIS POSITION AS PRESIDENT OF SALOMON GREY.

Printed by: Sara Davis          Case 1:04-cv-12056-NG     Document 5-5      Filed 11/01/2004      Page 25 of 25
                                                                            Wednesday, October 27, 2004  11:42:39 AM
Title: 1041855.txt  :  Perkins  Smith  Cohen                                                       Page 25 of 25

*********** END OF REPORT ***********