UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
SALOMON GREY FINANCIAL CORP.,          )
                                       )
         Plaintiff,                    )
                                       )
v.                                     )    Civil Action No. 04 12056 NG
                                       )
DANIEL RUSSO, INDIVIDUALLY AND         )
AS TRUSTEE FOR AEGIS INTERNATIONAL     )
INC. PROFIT SHARING RETIREMENT PLAN,   )
                                       )
         Defendant.                    )
_____)

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure, the parties to the above-entitled action hereby stipulate that said action shall be dismissed with prejudice as to all claims and counterclaims, with all rights of appeal being waived.

| | |
|---|---|
| SALOMON GREY FINANCIAL CORP., | DANIEL RUSSO, individually and as Trustee for AEGIS INTERNATIONAL INC. PROFIT SHARING RETIRMENT PLAN, |
| By its attorneys, | By his attorneys, |
| McCUE WYSOCKI, P.C. | PERKINS SMITH & COHEN LLP |
| _____/s Robbyn P. Wysocki_____ | _____/s Sara B. Davis_____ |
| Robbyn P. Wysocki, BBO# 662172 | Harry S. Miller, BBO# 346946, |
| 14135 Midway Road, Suite 250 |    hmiller@pscboston.com |
| Addison, TX  750001 | Matthew J. Tuttle, BBO# 562758 |
| (972) 490-0808 |    mtuttle@pscboston.com |
| | Sara B. Davis, BBO# 648002 |
| |    sdavis@pscboston.com |
| | One Beacon Street, 30th Floor |
| | Boston, MA  02108 |
| | (617) 854-4000 |

Dated:  May 2, 2005